# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:16-PO-250 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| AMY L. HANNAH, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's oral motion to Dismiss, the case is hereby DISMISSED.

January 24, 2017

s/Michael J. Newman

Michael J. Newman
United States Magistrate Judge